| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Richard B. Ulmer Jr.  (Bar No. 124561) |
| 2 | 135 Commonwealth Drive |
|   | Menlo Park, CA 94025 |
| 3 | Tel:  (650) 328-4600 |
|   | Fax:  (650) 463-2600 |
| 4 | |
|   | Attorneys for Plaintiff Christopher J. Stevens |
| 5 | (additional counsel listed on signature page) |
| 6 | |
|   | BILL LOCKYER |
| 7 | Attorney General for the State of California |
|   | ROBERT R. ANDERSON |
| 8 | Chief Assistant Attorney General |
|   | FRANCES T. GRUNDER |
| 9 | Senior Assistant Attorney General |
|   | MONICA N. ANDERSON (Bar No. 182970) |
| 10 | Supervising Deputy Attorney General |
|    | SANDRA L. LUSICH  (Bar. No. 195995) |
| 11 | Deputy Attorney General |
|    | 1300 I Street, Suite 125 |
| 12 | P.O. Box 944255 |
|    | Sacramento CA,  94244-2550 |
| 13 | Telephone: (916) 324-6749 |
|    | Fax: (916) 324-5205 |
| 14 | |
|    | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER J. STEVENS, | Case No.  CIV. S-02-2484-DFL-PAN-P |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS HUNG DO, MANIJEH NIKAKHTAR, JOY OGBONNA, LINA PASTRANA AND BEN TEMPLETON PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| v. | |
| DANA BROWN-LASSITER, *et al.* | |
| Defendants. | |

1

2   IT IS HEREBY STIPULATED by and between Plaintiff Christopher J. Stevens

3   and Defendants Hung Do, Manijeh Nikakhtar, Joy Ogbonna, Lina Pastrana and Ben Templeton

4   (the "Licensed Defendants"), through their designated counsel, that the Licensed Defendants be

5   and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

6

7   Dated: November __, 2004

8
LATHAM & WATKINS LLP
Richard B. Ulmer Jr.  (Bar No. 124561)
135 Commonwealth Drive
Menlo Park, CA 94025
Tel:  (650) 328-4600
Fax:  (650) 463-2600

LATHAM & WATKINS LLP
Amy W. Baghdadi (Bar No. 190051)
Elissa J. Germaine  (Bar No. 219195)
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Tel:  (415) 391-0600
Fax:  (415) 395-8095

PRISON LAW OFFICE
Donald H. Specter  (Bar No. 83925)
Sara L. Norman  (Bar No. 189536)
General Delivery
San Quentin, CA 94964
Tel:  (415) 457-9144
Fax:  (415) 457-9151

By _____
    Elissa J. Germaine
    Attorneys for Plaintiff
    Christopher J. Stevens

1  Dated: November __, 2004

BILL LOCKYER
Attorney General for the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON (Bar No. 182970)
Supervising Deputy Attorney General
SANDRA L. LUSICH (Bar. No. 195995)
Deputy Attorney General

By _____
   Sandra L. Lusich
   Deputy Attorney General
   Attorneys for Defendants

IT IS SO ORDERED.

Dated: 6/17/2005

_____
DAVID F. LEVI
United States District Judge