LATHAM & WATKINS LLP
Richard B. Ulmer Jr.  (Bar No. 124561)
135 Commonwealth Drive
Menlo Park, CA 94025
Tel:  (650) 328-4600
Fax:  (650) 463-2600

Attorneys for Plaintiff Christopher J. Stevens
(additional counsel listed on signature page)


BILL LOCKYER
Attorney General for the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON (Bar No. 182970)
Supervising Deputy Attorney General
SANDRA L. LUSICH  (Bar. No. 195995)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento CA,  94244-2550
Telephone: (916) 324-6749
Fax: (916) 324-5205

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER J. STEVENS,<br><br>  Plaintiff,<br><br>v.<br><br>DANA BROWN-LASSITER, *et al.*<br><br>  Defendants. | Case No.  CIV. S-02-2484-DFL-PAN-P<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO RULE 41(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

1   IT IS HEREBY STIPULATED by and between Plaintiff Christopher J. Stevens
2 and Defendants California Youth Authority, Dana Brown-Lassiter, Carolyn Bouchey, Jesse
3 Bueno, Mike Desmangles, Shirley Erker, Don Hair, Jerry Harper, Jon Ishikawa, Rozlyn Johnson,
4 Joan Loucraft, Viviana Martinez, Patricia Morrison, and Dennis Smart, through their designated
5 counsel, that the entire above-captioned action be and hereby is dismissed with prejudice
6 pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: November __, 2004

LATHAM & WATKINS LLP
Richard B. Ulmer Jr.  (Bar No. 124561)
135 Commonwealth Drive
Menlo Park, CA 94025
Tel:  (650) 328-4600
Fax:  (650) 463-2600

LATHAM & WATKINS LLP
Amy W. Baghdadi (Bar No. 190051)
Elissa J. Germaine  (Bar No. 219195)
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Tel:  (415) 391-0600
Fax:  (415) 395-8095

PRISON LAW OFFICE
Donald H. Specter  (Bar No. 83925)
Sara L. Norman  (Bar No. 189536)
General Delivery
San Quentin, CA 94964
Tel:  (415) 457-9144
Fax:  (415) 457-9151


By _____
    Elissa J. Germaine
    Attorneys for Plaintiff
    Christopher J. Stevens

Dated: November __, 2004

BILL LOCKYER
Attorney General for the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON (Bar No. 182970)
Supervising Deputy Attorney General
SANDRA L. LUSICH (Bar. No. 195995)
Deputy Attorney General

By _____
Sandra L. Lusich
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED.

Dated: 11/8/2005

_____
DAVID F. LEVI
United States District Judge